# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 19 B 22121 |
| | ) | |
| GERARDO ARELLANO, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |

## NOTICE OF MOTION OF AMERICREDIT FINANCIAL SERVICES, INC., D/B/A GM FINANCIAL TO MODIFY AUTOMATIC STAY AND CO-DEBTOR STAY

VIA ELECTRONIC NOTICE:

| | | |
|---|---|---|
| To: | Glenn B. Stearns (Trustee) | David M. Siegel, Esq. (Debtor's Counsel) |
| | 801 Warrenville Road, Suite 650 | David M. Siegel & Associates |
| | Lisle, Illinois 60532 | 790 Chaddick Drive |
| | | Wheeling, Illinois 60090 |

VIA U.S. MAIL:

| | | |
|---|---|---|
| To: | Gerardo Arellano (Debtor) | Esaaliyah Austin (Co-Debtor) |
| | 210 South Prospect Avenue, Apt. 1 | 210 South Prospect Avenue, Apt. 1 |
| | Itasca, Illinois 60143 | Itasca, Illinois 60143 |

Please take notice that on the 20th day of September, 2019 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Janet S. Baer, or any judge sitting is his/her stead, in Courtroom 240 of the Kane County Courthouse, 100 South Third Street, Geneva, Illinois, and then and there present the attached *Motion of AmeriCredit Financial Services, Inc., d/b/a GM Financial to Modify Automatic Stay and Co-Debtor Stay*, which has been electronically filed this date with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, a copy of which is hereby served upon you by electronic notice or U.S. Mail.

Respectfully submitted,

AMERICREDIT FINANCIAL SERVICES, INC.,
D/B/A GM FINANCIAL,
Creditor,

By:  /s/ Cari A. Kauffman
One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535
(312) 332-3545 (facsimile)

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the above-named persons by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 180 North LaSalle Street, Chicago, Illinois on this 5th day of September, 2019, before the hour of 5:00 p.m.

                                                                     ___/s/ Cari A. Kauffman___

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 19 B 22121 |
| | ) | |
| GERARDO ARELLANO, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |

**MOTION OF AMERICREDIT FINANCIAL SERVICES, INC., D/B/A GM FINANCIAL
TO MODIFY AUTOMATIC STAY AND CO-DEBTOR STAY**

AMERICREDIT FINANCIAL SERVICES, INC., D/B/A GM FINANCIAL ("AmeriCredit"), a creditor herein, by its attorneys, the law firm of Sorman & Frankel, Ltd., respectfully requests this Court, pursuant to Sections 362 and 1301 of the Bankruptcy Code, 11 U.S.C. §§362, 1301 (West 2019), and such other Sections and Rules may apply, to enter an Order modifying the automatic stay and co-debtor stay provided therein. In support thereof, AmeriCredit states as follows:

1. On August 6, 2019, Gerardo Arellano ("Debtor") filed a Voluntary Petition for Relief under Chapter 13 of the Bankruptcy Code and proposed Chapter 13 Plan, which does not provide for payment of AmeriCredit's secured claim, and which is scheduled for a confirmation hearing on October 4, 2019.

2. AmeriCredit is a creditor of the Debtor and another individual, Esaaliyah Austin ("Co-Debtor"), with respect to a certain indebtedness secured by a lien upon a 2019 Chevrolet Cruze motor vehicle bearing a Vehicle Identification Number of 1G1BC5SM1K7135245 (the "Vehicle"). (See Ex. "A").

3. As set forth in the Retail Installment Contract attached as Exhibit "A", Debtor and Co-Debtor were required to tender equal monthly payments to AmeriCredit, each in the sum of $420.29 with an interest rate of 11.90%. (See Ex. "A").

4. Debtor and Co-Debtor have failed to make **any** required payments to AmeriCredit pursuant to the contract, resulting in a current default of $2,101.45; the next payment of $420.29 comes due on October 1, 2019.

5. The current total outstanding balance due to AmeriCredit from the Debtor and Co-Debtor for the Vehicle is $23,094.43.

6. Debtor and Co-Debtor have failed to provide AmeriCredit or its counsel with proof of a valid full coverage insurance policy for the Vehicle identifying AmeriCredit as the lienholder/loss payee.

7. As such, AmeriCredit seeks relief from the automatic stay and co-debtor stay so that AmeriCredit may take possession of and sell the Vehicle and apply the sale proceeds to the balance due from Debtor and Co-Debtor.

8. Debtor has not offered, and AmeriCredit is not receiving, adequate protection for its secured interest or depreciating value. Further, Debtor has no equity in the Vehicle and the Vehicle is not necessary to an effective reorganization by Debtor.

9. AmeriCredit will suffer irreparable injury, harm, and damage should it be delayed in taking possession of the Vehicle and foreclosing its security interest therein.

10. AmeriCredit requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this Motion.

**WHEREFORE,** AmeriCredit Financial Services, Inc., d/b/a GM Financial respectfully requests that this Court enter an Order, as attached hereto, modifying the automatic stay and co-debtor stay provided by Sections 362 and 1301 of the Bankruptcy Code to permit AmeriCredit to take immediate possession of and foreclose its security interest in the 2019 Chevrolet Cruze motor vehicle bearing a Vehicle Identification Number of 1G1BC5SM1K7135245; and, for such other, further, and different relief as this Court deems just and proper.

> Respectfully submitted,
> AMERICREDIT FINANCIAL SERVICES, INC.,
> D/B/A GM FINANCIAL,
> Creditor,
> By:    /s/ Cari A. Kauffman
> One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535
(312) 332-3545 (facsimile)