**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) _____Gerardo Arellano_____ Case No. __19 B 22121__ Chapter __13__

All Cases: Moving Creditor __AmeriCredit Fin. Svcs., Inc., d/b/a GM Financial__ Date Case Filed __8/6/19__

Nature of Relief Sought: ☑ Lift Stay    ☐ Annul Stay    ☑ Other (describe) __Lift Co-Debtor Stay__

Chapter 13: Date of Confirmation Hearing __10/4/19__ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☐ Home
   b. ☑ Car    Year, Make, and Model __2019 Chevrolet Cruze__
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date  $ __22,990.63__
   Total of all other Liens against Collateral $ _____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)  $ __16,125.00__

5. Default
   a. ☑ Pre-Petition Default
      Number of months __4__    Amount $ __1,681.16__

   b. ☑ Post-Petition Default
      i. ☑ On direct payments to the moving creditor
         Number of months __1__    Amount $ __420.29__

      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____    Amount $ _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i. ☑ No insurance
      ii. ☐ Taxes unpaid    Amount $ _____
      iii. ☑ Rapidly depreciating asset
      iv. ☑ Other (describe) __no payments ever made pursuant to contract__

   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☑ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ☑ Other (describe) __vehicle repossessed pre-petition / claim not provided for in Plan__

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm    ii ☐ Redeem    iii. ☐ Surrender    iv. ☐ No Statement of Intention Filed

Date: __9/5/19__                              /s/ Cari A. Kauffman
                                              Counsel for Movant

(Rev. 12/21/09)