**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 19 B 22121 |
| | ) | |
| GERARDO ARELLANO, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |

**NOTICE OF MOTION OF AMERICREDIT FINANCIAL SERVICES, INC.,
D/B/A GM FINANCIAL TO MODIFY AUTOMATIC STAY**

VIA ELECTRONIC NOTICE:
To:   Glenn B. Stearns (Trustee)              David M. Siegel, Esq. (Debtor's Counsel)
       801 Warrenville Road, Suite 650         David M. Siegel & Associates
       Lisle, Illinois 60532                         790 Chaddick Drive
                                                          Wheeling, Illinois 60090

VIA U.S. MAIL:
To:   Gerardo Arellano (Debtor)
       210 South Prospect Avenue, Apt. 1
       Itasca, Illinois 60143

Please take notice that on the 28th day of February, 2020 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Janet S. Baer, or any judge sitting is his/her stead, in Courtroom 240 of the Kane County Courthouse, 100 South Third Street, Geneva, Illinois, and then and there present the attached *Motion of AmeriCredit Financial Services, Inc., d/b/a GM Financial to Modify Automatic Stay*, which has been electronically filed this date with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, a copy of which is hereby served upon you by electronic notice or U.S. Mail.

Respectfully submitted,

AMERICREDIT FINANCIAL SERVICES, INC.,
D/B/A GM FINANCIAL,
Creditor,

By:   /s/ Cari A. Kauffman
One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Rocio Herrera (Ill. #6303516)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the above-named persons by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 180 North LaSalle Street, Chicago, Illinois on this 12th day of February, 2020, before the hour of 5:00 p.m.

                                                                     ___/s/ Cari A. Kauffman___

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 19 B 22121 |
| | ) | |
| GERARDO ARELLANO, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |

**MOTION OF AMERICREDIT FINANCIAL SERVICES, INC.,
D/B/A GM FINANCIAL TO MODIFY AUTOMATIC STAY**

AMERICREDIT FINANCIAL SERVICES, INC., D/B/A GM FINANCIAL ("AmeriCredit"), a creditor herein, by its attorneys, the law firm of Sorman & Frankel, Ltd., respectfully requests this Court, pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. §362 (West 2020), and such other Sections and Rules may apply, to enter an Order modifying the automatic stay provided therein. In support thereof, AmeriCredit states as follows:

1. On August 6, 2019, Gerardo Arellano ("Debtor") filed a Voluntary Petition for Relief under Chapter 13 of the Bankruptcy Code. Thereafter, on November 19, 2019, Debtor filed an Amended Chapter 13 Plan, which provides for direct payments from Debtor to AmeriCredit on AmeriCredit's secured claim, and which was confirmed on November 22, 2019.

2. AmeriCredit is a creditor of the Debtor with respect to a certain indebtedness secured by a lien upon a 2018 Chevrolet Trax motor vehicle bearing a Vehicle Identification Number of KL7CJLSBXJB719124 (the "Vehicle"). (See Ex. "A").

3. As set forth in the Retail Installment Contract attached as Exhibit "A", Debtor was required to tender equal monthly payments to AmeriCredit, each in the sum of $520.32 with an interest rate of 11.90%. (See Ex. "A").

4. Debtor has failed to make required payments to AmeriCredit due on and after November 30, 2019, resulting in a current default of $2,068.51; the next payment of $520.32 comes due on February 29, 2020.

5. The current total outstanding balance due to AmeriCredit from the Debtor for the Vehicle is $24,894.37.

6. Debtor has failed to provide AmeriCredit or its counsel with proof of a valid full coverage insurance policy for the Vehicle identifying AmeriCredit as the lienholder/loss payee.

7. As such, AmeriCredit seeks relief from the automatic stay so that AmeriCredit may take possession of and sell the Vehicle and apply the sales proceeds to the balance due from Debtor.

8. Debtor has not offered, and AmeriCredit is not receiving, adequate protection for its secured interest or depreciating value. Further, Debtor has no equity in the Vehicle and the Vehicle is not necessary to an effective reorganization by Debtor.

9. AmeriCredit will suffer irreparable injury, harm, and damage should it be delayed in taking possession of the Vehicle and foreclosing its security interest therein.

10. AmeriCredit requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this Motion.

**WHEREFORE,** AmeriCredit Financial Services, Inc., d/b/a GM Financial respectfully requests that this Court enter an Order, as attached hereto, modifying the automatic stay provided by Section 362 of the Bankruptcy Code to permit AmeriCredit to take immediate possession of and foreclose its security interest in the 2018 Chevrolet Trax motor vehicle bearing a Vehicle Identification Number of KL7CJLSBXJB719124; and, for such other, further, and different relief as this Court deems just and proper.

Respectfully submitted,

AMERICREDIT FINANCIAL SERVICES, INC., D/B/A GM FINANCIAL,
Creditor,

By: ___/s/ Cari A. Kauffman___
One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Rocio Herrera (Ill. #6303516)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)