UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 19-22121
GERARDO ARELLANO  )
  )
  )  Chapter: 13
  )  Honorable Janet S. Baer
  )
  )  Kane
Debtor(s)  )

## ORDER MODIFYING AUTOMATIC STAY

This cause coming before the Court upon the Motion of AMERICREDIT FINANCIAL SERVICES, INC., D/B/A GM FINANCIAL to Modify the Automatic Stay pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. § 362, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The Motion of AMERICREDIT FINANCIAL SERVICES, INC., D/B/A GM FINANCIAL to Modify Automatic Stay is granted;

2. The automatic stay provided by section 362 of the Bankruptcy Code is modified to permit AMERICREDIT FINANCIAL SERVICES, INC., D/B/A GM FINANCIAL to take possession of, sell, and foreclose its security interest in the 2018 Chevrolet Trax motor vehicle bearing a Vehicle Identification Number of KL7CJLSBXJB719124, which is the subject of its Motion and as provided by Illinois law and statute; and,

3. Bankruptcy Rule 4001(a)(3) is waived by this order.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: February 28, 2020

**Prepared by:**

David J. Frankel. (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Rocio Herrera (Ill. #6303516)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)